**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HARRY R. JAVENS,

       Petitioner,                     Case Number: 07-CV-10175

v.                                        HONORABLE PAUL D. BORMAN

PATRICIA CARUSO,

       Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated August 31, 2007, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 31st day of August, 2007.


                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                          BY:    s/Denise Goodine


APPROVED:


s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE